UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:  3:14mj111 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| In the matter of the search of   Samsung SPH- | ) | **ORDER TO SEAL** |
| M840 Android phone DEC# | ) | |
| 268435463113913196 and HEX# | ) | |
| A0000047D44C6C; (b) Samsung SPH- M840 | ) | |
| Android phone DEC# 268435462911443652 | ) | |
| and HEX# A0000045AE9DC4. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins,

United States Attorney for the Western District of North Carolina, for an order directing that this

Search Warrant, Application, Order, supporting Affidavit and any order issued pursuant to this be

sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further

order of this court,

   **IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed

until further order of this court.

   The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 12th day of June, 2014

_____
UNITED STATES MAGISTRATE JUDGE