IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>In the matter of the search of Samsung SPH-M840 )<br>Android phone DEC# 268435463113913196 and )<br>HEX# A0000047D44C6C; (b) Samsung SPH- )<br>M840 Android phone DEC# 268435462911443652 )<br>and HEX# A0000045AE9DC4. )<br>) | Docket No. 3:14-mj-111<br><br><br><br>**ORDER TO UNSEAL** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that this Search Warrant, Application, Order, supporting Affidavit and any order issued pursuant to this be unsealed.

**IT IS HEREBY ORDERED** that the Search Warrant, Application, Order, supporting Affidavit and any order issued pursuant to this be unsealed immediately.

This the 21st day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE